AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) BREEN, J. DANIEL | 2. Court or Organization WESTERN DISTRICT OF TENNESSEE | 3. Date of Report 5/13/2014 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE/ACTIVE | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |
|---|---|---|

**7. Chambers or Office Address**

444 UNITED STATES COURTHOUSE
111 SOUTH HIGHLAND AVENUE
JACKSON, TN 38301

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executive Committee | National Conference of Federal Trial Judges |
| 2. | Board of Directors | Federal Judges' Association |
| 3. | Trustee | Trust #1 |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL. | 5/13/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 2/7/2013-210/2013 | Dallas, TX | National Conference of Federal Trial Judges | travel, lodging and meals |
| 2. | Federal Judges Association | 4/22/13-4/23/13 | Washington, D.C. | Board of Directors Meeting | travel, lodging and meals |
| 3. | American Bar Association | 8/7/13-8/11/13 | San Francisco, CA | Annual Meeting | travel, lodging and meals |
| 4. | American Bar Association | 11/22/13-11/23/13 | Philadelphia, PA | Standing Committee on Federal Judicial Improvements | travel, lodging and meals |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 5/13/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 5/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bancorp South | A | Interest | K | T | | | | | |
| 2. IRA - Fidelity Mag. | B | Dividend | K | T | Sold (part) | 12/02/13 | K | C | |
| 3. CMA ACCT. - MERRILL LYNCH | | | | | | | | | |
| 4. Idacorp, Inc. | A | Dividend | J | T | | | | | |
| 5. Procter & Gamble CS | A | Dividend | K | T | | | | | |
| 6. AT&T CS | A | Dividend | J | T | | | | | |
| 7. Coca-Cola CS | A | Dividend | J | T | | | | | |
| 8. E.I. Dupont CS | A | Dividend | J | T | | | | | |
| 9. Johnson & Johnson CS | A | Dividend | J | T | | | | | |
| 10. Waddell & Reed Acct | | | | | | | | | |
| 11. Waddell & Reed Strategy Port | A | Dividend | J | T | | | | | |
| 12. Waddell & Reed Balanced Port | A | Dividend | J | T | | | | | |
| 13. Waddell & Reed Bond Port | A | Dividend | J | T | Sold (part) | 01/18/13 | J | A | |
| 14. Waddell & Reed Core Equity | A | Dividend | J | T | | | | | |
| 15. Waddell & Reed Growth Port | A | Dividend | J | T | | | | | |
| 16. Waddell & Reed High Income Port | A | Dividend | J | T | Sold (part) | 01/18/13 | J | A | |
| 17. Waddell & Reed Science & Tech Port | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 5/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Waddell & Reed Small Cap Growth Port | A | Dividend | J | T | | | | | |
| 19. Waddell & Reed Trgt. Fd. Intl. Growth Port | A | Dividend | J | T | | | | | |
| 20. Waddell & Reed Value Port | A | Dividend | J | T | | | | | |
| 21. Waddell & Reed Global Ntrl. Res. Port | A | Dividend | J | T | | | | | |
| 22. Waddell & Reed Mid Cap Gwth Port | A | Dividend | J | T | | | | | |
| 23. Waddell & Reed Target Microcap Gwth | A | Dividend | J | T | | | | | |
| 24. Waddell & Reed Target Energy Port | A | Dividend | J | T | | | | | |
| 25. ING Acct. | | | | | | | | | |
| 26. ING Gwth and Inc. Portfolio | A | Dividend | J | T | | | | | |
| 27. Fidelity Contrafund | A | Dividend | J | T | | | | | |
| 28. ING FMR SM Diversified Midcap | A | Dividend | J | T | | | | | |
| 29. ING JP Morgan Small Cap Core Eq. Port | A | Dividend | J | T | | | | | |
| 30. ING Am. Fds. Int'l Port | A | Dividend | J | T | | | | | |
| 31. IRA ACCOUNT - MERRILL LYNCH | | | | | | | | | |
| 32. American Century Adj. Bd. | A | Dividend | | | Sold | 07/05/13 | J | A | |
| 33. Ivy Asset Strategy Fd. | A | Dividend | J | T | Buy | 07/05/13 | J | | |
| 34. MFS Value Fd. | A | Dividend | | | Sold | 07/05/13 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 5/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. J.P. Morgan Strategic Inc. Fd. | A | Dividend | J | T | Buy | 09/13/13 | J | | |
| 36. Delaware Corp. Bd. Fund | A | Dividend | | | Sold | 07/05/13 | J | A | |
| 37. Dreyfus App. Fd. | A | Dividend | J | T | | | | | |
| 38. Eaton Vance Floating Rate Fd. | A | Dividend | J | T | Buy | 02/07/13 | J | | |
| 39. Coca Cola - CS | A | Dividend | J | T | | | | | |
| 40. Federated Strategic Value Div. | A | Dividend | | | Sold | 02/07/13 | J | A | |
| 41. Exxon Mobil - CS | A | Dividend | J | T | | | | | |
| 42. General Electric - CS | A | Dividend | J | T | | | | | |
| 43. FPA New Income Inc. | A | Dividend | | | Sold | 02/07/13 | J | A | |
| 44. Mainstay Large Cap Growth Fd. | A | Dividend | J | T | | | | | |
| 45. Mainstay Marketfield Fd. | A | Dividend | J | T | Buy | 09/13/13 | J | | |
| 46. Johnson & Johnson - CS | A | Dividend | J | T | | | | | |
| 47. Metropolitan West Total Bd. Fd. | A | Dividend | | | Sold | 07/05/13 | J | A | |
| 48. McDonalds - CS | A | Dividend | J | T | | | | | |
| 49. Oakmark Select Fd. | A | Dividend | J | T | Buy | 07/05/13 | J | | |
| 50. Permanent Portfolio Fd. | A | Dividend | J | T | | | | | |
| 51. Pioneer Strategic Inc. Fd. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 5/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Prudential Short Term Corp. Fd. | A | Dividend | J | T | Sold (part) | 07/05/13 | J | A | |
| 53. TCW Total Return Bd. Fd. | A | Dividend | J | T | | | | | |
| 54. Wal-Mart Stores - CS | A | Dividend | J | T | | | | | |
| 55. Wells Fargo Adv. Small Cap Fd. | A | Dividend | J | T | Buy | 07/05/13 | J | | |
| 56. IRA- MERRILL LYNCH | | | | | | | | | |
| 57. American Century Adj. Bd. | A | Dividend | | | Sold | 07/05/13 | J | A | |
| 58. Blackrock Eqty. Div. Fd. | A | Dividend | J | T | Buy | 07/05/13 | J | | |
| 59. Dreyfus App. Fd. | A | Dividend | J | T | | | | | |
| 60. Eaton Vance Floating Rate Fd. | A | Dividend | J | T | Buy | 02/15/13 | J | | |
| 61. Permanent Portfolio Fd. | A | Dividend | J | T | | | | | |
| 62. Federated Strategic Value Fd. | A | Dividend | | | Sold | 02/07/13 | J | A | |
| 63. TCW Total Return Bd. Fd. | B | Dividend | K | T | | | | | |
| 64. Ivy Asset Strategy | A | Dividend | J | T | | | | | |
| 65. J.P. Morgan Strategic Inc. Fd. | A | Dividend | K | T | Buy | 09/13/13 | K | | |
| 66. Mainstay Large Cap Growth Fd. | A | Dividend | K | T | | | | | |
| 67. Mainstay Marketfield Fd. | A | Dividend | J | T | Buy | 09/13/13 | J | | |
| 68. Oakmark Select Fd. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 5/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. MFS Value Fd. | A | Dividend | K | T | Buy | 02/15/13 | K | | |
| 70. Wells Fargo Adv. Small Cap Fd. | A | Dividend | J | T | | | | | |
| 71. Pioneer Strategic Inc. Fd. | A | Dividend | J | T | | | | | |
| 72. Prudential Short Term Corp. Bd. Fd. | A | Dividend | J | T | | | | | |
| 73. Templeton Glbl Bond Fd. | A | Dividend | | | Sold | 09/13/13 | J | A | |
| 74. American Century Inflation Adj. Bd. | A | Dividend | | | Sold | 09/13/13 | J | A | |
| 75. Dreyfus Appreciation Fd. | A | Dividend | J | T | | | | | |
| 76. Wells Fargo Adv. Small Cap. Fd. | A | Dividend | J | T | | | | | |
| 77. The Oakmark Select Fd. | A | Dividend | J | T | | | | | |
| 78. Federated Strategic Value Fd. | A | Dividend | | | Sold | 02/07/13 | J | A | |
| 79. TCW Total Return Bd. Fd. | A | Dividend | J | T | | | | | |
| 80. Permanent Portfolio Fd. | A | Dividend | J | T | | | | | |
| 81. Ivy Asset Strategy | A | Dividend | J | T | | | | | |
| 82. John Hancock Classic Value Fd. | A | Dividend | J | T | Buy | 02/05/13 | J | | |
| 83. Mainstay Strategy Fd. | A | Dividend | J | T | | | | | |
| 84. Merrill Lynch Money Market Fd. | A | Interest | J | T | | | | | |
| 85. Pioneer Strategic Inc. Fd. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 5/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Merrill Lynch Retirement Reserves | A | Interest | J | T | | | | | |
| 87. Prudential Short Term Bd. Fd. | A | Dividend | J | T | | | | | |
| 88. Procter & Gamble CS | A | Dividend | J | T | | | | | |
| 89. Waddell & Reed Advisors Small Cap | A | Dividend | J | T | | | | | |
| 90. Waddell & Reed Accumlative | A | Dividend | J | T | | | | | |
| 91. Waddell & Reed Core Investment | A | Dividend | J | T | | | | | |
| 92. Waddell & Reed Advisors Cash Managment | A | Dividend | J | T | | | | | |
| 93. BanCorp South CD | A | Interest | J | T | | | | | |
| 94. Ivy VIP Asset Strategy | A | Dividend | K | T | | | | | |
| 95. Ivy VIP Balanced Fd. | A | Dividend | J | T | | | | | |
| 96. Ivy Energy Fd. | A | Dividend | J | T | | | | | |
| 97. Ivy Global Nat'l Res. Fd. | A | Dividend | K | T | | | | | |
| 98. Ivy Intl Grwth Fd. | A | Dividend | J | T | | | | | |
| 99. Ivy Sci NC Tech Fd. | A | Dividend | J | T | | | | | |
| 100. TRUST #1 | | | | | | | | | |
| 101. ML Bank Deposit Program | A | Interest | J | T | | | | | |
| 102. SP500 ARN Issuer BAC | A | Interest | | | Sold | 12/02/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 5/13/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Basket CLIRN Issuer BAC | A | Interest | | | Sold | 12/02/13 | K | A | |
| 104. MUTUAL FUNDS | | | | | | | | | |
| 105. First Eagle Global | B | Dividend | | | Sold | 12/02/13 | K | A | |
| 106. Bernstein Adv. Qulty. Inc. | A | Dividend | | | Sold | 12/02/13 | J | A | |
| 107. Intrepid Small Cap Fd. | A | Dividend | | | Sold | 12/02/13 | J | A | |
| 108. Invesco Bd. Fd. | A | Dividend | | | Sold | 12/02/13 | J | A | |
| 109. Ivy Asset Strategy Fd. | B | Dividend | | | Sold | 12/02/13 | J | A | |
| 110. John Hancock Inc. Fd. | B | Dividend | | | Sold | 12/02/13 | K | A | |
| 111. Loomis Sayles Corp Plus Bd. Fd. | A | Dividend | | | Sold | 12/02/13 | K | A | |
| 112. Templeton Global Bond Fd. | A | Dividend | | | Sold | 12/02/13 | K | A | |
| 113. Gold ARN Issuer, SEK | A | Dividend | | | Sold | 12/02/13 | J | A | |
| 114. SEK ARN RICIGLER | A | Dividend | | | Sold | 12/02/13 | J | A | |
| 115. Permanent Portfolio Fd. | A | Dividend | | | Sold | 12/02/13 | J | A | |
| 116. Pimco All Asset Auth. Fd. | B | Dividend | | | Sold | 12/02/13 | J | A | |
| 117. Van Kampn Unit Trs 1176 | B | Interest | | | Sold | 12/02/13 | J | A | |
| 118. Western Asset High Yield Fd. | A | Dividend | | | Sold | 12/02/13 | J | A | |
| 119. Yacktman Focused Fd. | A | Dividend | | | Sold | 12/02/13 | K | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 5/13/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ J. DANIEL BREEN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544